UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-CV-111-D-KS

| | | |
|---|---|---|
| LATOSHIA D. ALSTON, | ) | |
|           Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL EXHIBITS |
| | ) | |
| LOUIS DEJOY, POSTMASTER | ) | |
| GENERAL, | ) | |
|           Defendant. | ) | |

This matter comes before the Court on the Government's Appendix Exhibits 1 [D.E. 30], Exhibits 14–18 [D.E. 31], and Exhibits 19–29 [D.E. 32] attached to Government's Appendix to its Motion for Summary Judgment [D.E. 29]. For good cause having been shown, the Government's motion [D.E. 33] is GRANTED. The Clerk of Court is DIRECTED to seal Appendix Exhibits 1 [D.E. 30], Exhibits 14–18 [D.E. 31], and Exhibits 19–29 [D.E. 32].

SO ORDERED. This 3 day of April, 2025.

                                                JAMES C. DEVER III
                                                United States District Judge