IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-111-D

| | |
|---|---|
| LATOSHIA D. ALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOUIS DEJOY, ) | |
| ) | |
| Defendant. ) | |

The court has reviewed the record under the governing standard and applied this court's local civil rules. See, e.g., Fed. R. Civ. P. 12(b)(1), 56; Loc. Civ. R. 56.1. For the reasons stated in defendant's memorandum of law [D.E. 27], statement of material facts [D.E. 28], appendix to statement of material facts [D.E. 29], and reply brief [D.E. 40], the court GRANTS defendant's motion to dismiss for lack of subject-matter jurisdiction, or in the alternative motion for summary judgment [D.E. 26]. The court DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint. The clerk SHALL close the case.

SO ORDERED. This 4 day of June, 2025.

_____
JAMES C. DEVER III
United States District Judge