UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LATOSHIA D. ALSTON,<br><br>          Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY,<br><br>          Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:22-CV-111-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint. The clerk SHALL close the case.

This Judgment filed and entered on June 4, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

June 4, 2025

                                                      Peter A. Moore, Jr.
                                                      Clerk of Court

                                                 By: /s/ Stephanie Mann
                                                      Deputy Clerk